IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPAZ BEVERAGE COMPANY DEFINED BENEFIT PENSION PLAN, ROBERT SPAZIANI, as TRUSTEE of the SPAZ BEVERAGE COMPANY DEFINED PENSION PLAN, and as a PARTICIPANT in the SPAZ BEVERAGE COMPANY DEFINED BENEFIT PENSION PLAN, | : : : : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO.  11-02059 |
| STEVEN DOUGLAS, 1st GLOBAL ADVISORS, INC., 1st GLOBAL CAPITAL CORPORATION, and 1st GLOBAL CAPITAL ADVISORS, | : : : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *4th* day of *August*, 2011, upon consideration of the Motion by Defendants Steven Douglas, 1st Global Advisors, Inc., 1st Global Capital Corporation, and 1st Global Capital Advisors to Stay this Action and Compel Arbitration (Docket No. 3), the Response in Opposition by Plaintiffs Spaz Beverage Company Defined Benefit Pension Plan and Robert Spaziani, as Trustee and Participant of the Plan (Docket No. 5), and Defendants' Reply (Docket No. 9), it is hereby **ORDERED** follows:

1. Defendants' Motion to Stay this Action and Compel Arbitration (Docket No. 3) is **GRANTED**;

2. This action is **STAYED** in its entirety;

3. Plaintiffs are **ORDERED** to submit this dispute to arbitration before either the American Arbitration Association or the Financial Industry Regulatory Authority.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.